AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Elizabeth Pastor
*Plaintiff/Petitioner*

v.

Partnership for Children's Rights
*Defendant/Respondent*

Civil Action No.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 23 2020 ★
BROOKLYN OFFICE

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ _____, and my take-home pay or wages are: $ 1,400.00 per (specify pay period) bi-monthly.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☑ No
(e) Gifts, or inheritances                             ☐ Yes    ☑ No
(f) Any other sources                                  ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Utilities,
Rent       1,096.00          Car Insurance   1200 monthly
Phone         89.00           Gas              250 monthly
Cable        175.00           Groceries        300 monthly
Gas           35.00           Parents life Ins. 60.00 monthly for both.
Student Ln.  125.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Pay parents life Insurance.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Credit card debt    $ 4,000
Student Loan balance  12,000
American Express

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7/15/2020

_Elizabeth Pastor_
Applicant's signature

Elizabeth Pastor
Printed name

Elizabeth Pastor
1610 - 21st Avenue
Apt D4
Brooklyn, NY 11204

Clerk of U.S. District Court
Eastern District of New York
225- Cadman Plaza East
Brooklyn, NY 11201

02 1P
0003214554
MAILED FROM ZIP CODE 11219
UNITED STATES POSTAGE
$ 000.50°
JUL 15 2020
PITNEY BOWES